### In re EAST 227TH AND 228TH STS. IN CITY OF NEW YORK.

(Supreme Court, Special Term, New York County. January 20, 1914.)

EMINENT DOMAIN (§ 237*)—STREET OPENING—AWARD OF COMMISSIONERS— SETTING ASIDE.

Objection that the commissioners of estimate and assessment in a street opening proceeding made no award for certain land in the bed of the street cannot be urged on hearing of motion to confirm their report; no claim therefor having been urged before them.

[Ed. Note.—For other cases, see Eminent Domain, Cent. Dig. §§ 604–613; Dec. Dig. § 237.*]

In the matter of East 227th Street and East 228th Street in the City of New York. On motion to confirm reports of commissioners. Confirmed.

Archibald R. Watson, Corp. Counsel, and Frederick W. Gehrmann, Asst. Corp. Counsel, both of New York City, for the motion.

Lawrence E. French, of New York City, opposed.

GIEGERICH, J. The owner of lot No. 591 did not make any claim or urge before the commissioners that an award should be made for the land in the bed of East 228th street opposite lot No. 591, and the court will therefore not now consider objections which were not raised before the commissioners. Matter of City of New York, 148 App. Div. 644, 133 N. Y. Supp. 251; Matter of Taylor Street, etc., N. Y. Law Journal, December 2, 1909. Moreover, the proof upon which such lot owner now claims an award does not establish that he is entitled thereto.

The report of the commissioners of estimate and the report of the commissioner of assessment are therefore confirmed in all respects. Settle order on notice.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes